IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LASHAUN JOHNSON,　　　　　　　　　)
　　　pro se Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　CIVIL NO. 3:17cv397 (JAG)
　　　　　　　　　　　　　　　　　　　　)
NANCY A. BERRYHILL,　　　　　　　　)
Acting Commissioner of Social Security,　)
　　　Defendant.　　　　　　　　　　　　)
_____)

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on October 19, 2017 (ECF No. 16). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 16) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Defendant's Motion to Dismiss (ECF No. 13) is GRANTED.

(3) Plaintiff's Complaint (ECF No. 4) is DISMISSED WITH PREJUDICE.

(4) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to pro se Plaintiff at her address of record and all counsel of record.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　John A. Gibney, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia
Date: 11/7/17